

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2019

No. 04-19-00665-CR

John Stewart **MUELLER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. 19-009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant filed a pro se notice of appeal on September 30, 2019, to appeal the trial court's denial of his motion to suppress. Thereafter, the trial court clerk filed the clerk's record. The clerk's record does not contain a final judgment of conviction. "With certain exceptions . . ., this court has jurisdiction to consider an appeal filed by a criminal defendant only after a final judgment of conviction." *Zamarripa v. State*, No. 04-16-00274-CR, 2016 WL 3085932, at *1 (Tex. App.—San Antonio June 1, 2016, no pet.) (mem. op., not designated for publication) (citing TEX. CODE CRIM. PROC. art. 44.02); *accord McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) ("Generally, we only have jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction."). It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk